THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION



NO. 7:08-CR-130-D3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL COLE SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE was heard on the Government's motion to detain defendant pending trial. Given that defendant is currently in the custody of the State of North Carolina, the issue of pretrial detention is moot at this time. Should defendant be released from the State's custody prior to the trial of this matter, the parties shall reconvene before this Court to revisit the issue of detention.

SO ORDERED, this the ___ day of November, 2008.

Robert B. Jones, Jr.
United States Magistrate Judge