IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:08-CR-130-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL COLE SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

On May 3, 2011, Michael Cole Scott filed a motion for credit for time served [D.E. 41]. On May 17, 2011, the United States responded in opposition [D.E. 42].

Scott has failed to exhaust his administrative remedies under 18 U.S.C. § 3585(b). Once he does so, judicial review must take place in the district of incarceration under 28 U.S.C. § 2241. See United States v. Nyhuis, 211 F.3d 1340, 1345 (11th Cir. 2000). Thus, the motion [D.E. 41] is DENIED.

SO ORDERED. This 24 day of May 2011.

JAMES C. DEVER III
United States District Judge